UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION
www.moed.uscourts.gov

| | | |
|---|---|---|
| CHRISTOPHER PENNING, ET AL., | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:10CV2319 NAB |
| | ) | |
| ENHANCED RECOVERY CORP., | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER

Upon review of the Court file, the Court notes that there has been no activity in this action

since the filing of the return of proof of service upon defendant(s) **Enhanced Recovery Corp.** on

**February 11, 2011**.

**IT IS HEREBY ORDERED** that plaintiff shall, within fourteen (14) days of the date of this

order, file appropriate motions for entry of default and for default judgment, supported by all

necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal without prejudice.

Dated this 17th day of March , 2011.

Honorable Nannette A. Baker
UNITED STATES MAGISTRATE JUDGE