# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER PENNING, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 4:10-CV-2319 NAB |
| ENHANCED RECOVERY CORP., | ) ) ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that upon the filing of the Notice of Voluntary Dismissal on February 10, 2012, the claims in this action are **DISMISSED with prejudice** as to all parties, with each party to bear their own costs.

Dated this 10th day of February, 2012.

    /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE